IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LANETTE T. CAIN,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION 09-00437-B |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered on September 15, 2010, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **15th** day of **September**, **2010**.

                                                  /s/ SONJA F. BIVINS
                                       **UNITED STATES MAGISTRATE JUDGE**